Fill in this information to identify the case:

Debtor name: **Creager Mercantile Co.**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Colorado Department of Revenue** 1881 Pierce Street Attn: Bankruptcy Dept., RM 104 Lakewood, CO 80215 | | Sales Tax | | | | $1,878,031.86 |
| **Creager Acoma** 4900 Acoma Street Denver, CO 80216 | | | | | | $1,173,933.43 |
| **Maxwell Distributors** 1375 West 47th Avenue Denver, CO 80211 | | | | | | $291,359.25 |
| **Toyota Commercial Finance** P.O .Box 660926 Dallas, TX 75266 | | | | $270,136.31 | $0.00 | $270,136.31 |
| **US Small Business Administration** 721 19th Street Suite 426 Denver, CO 80203 | | | | $146,882.94 | $0.00 | $146,882.94 |
| **Swire Coca Cola, USA** P.O. Box 912906 Denver, CO 80291-2906 | | | | | | $107,031.10 |
| **Build to Build Industrial PartnershipIII** 1950 North Stemmons Freeway Dallas, TX 75207 | | | | | | $98,456.28 |

Debtor **Creager Mercantile Co.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DOT Foods** Box 854529 Minneapolis, MN 55485-4529 | | | | | | $91,088.00 |
| **Seven Up/RC Bottling Company** P.O. Box 504550 Saint Louis, MO 63150-4550 | | | | | | $90,065.29 |
| **Pepsi Cola Company** P.O. Box 841828 Dallas, TX 75284-1828 | | | | | | $82,455.54 |
| **Frito Lay, Inc.** 75 Remittance Drive Chicago, IL 60675-1844 | | | | | | $55,935.32 |
| **GIA Distribution** 1127 South Jason Street Denver, CO 80223 | | | | | | $39,400.00 |
| **Red Bull Distribution Company Colorado** P.O. Box 204750 Dallas, TX 75320-4750 | | | | | | $35,793.48 |
| **7 Daze LLC** 1425 South Vineyard Avenue Ontario, CA 91761 | | | | | | $35,325.00 |
| **Seneca Direct** 4805 Pacific Avenue Eugene, OR 97402 | | | | | | $27,971.50 |
| **Green Plant** 7260 Sycamore Canyon Blvd. Riverside, CA 92508 | | | | | | $25,601.80 |
| **American Express Plum Card** P.O. Box 650448 Dallas, TX 75265-0448 | | | | | | $21,095.23 |
| **Egle Rock Distributing Co./Colorado** P.O. Box 2165 Norcross, GA 30091 | | | | | | $20,585.10 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **Creager Mercantile Co.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Juul Labs, Inc.**<br>**P.O. Box 45767**<br>**San Francisco, CA**<br>**94145-0767** | | | | | | $19,771.20 |
| **Chase Card Services**<br>**Cardmember Service**<br>**P.O. Box 6294**<br>**Carol Stream, IL**<br>**60197-6294** | | | | | | $14,782.20 |