UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12652-KHT |
| CREAGER MERCANTILE CO. | ) | |
| EIN: 84-0505231, | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

**SUMMARY OF VOTING RESULTS**

The Debtor, Creager Mercantile Co. ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., hereby submits its Summary of Voting Results with respect to its Amended Plan of Reorganization Dated September 27, 2024 ("Plan") as follows:

1. Class 1 consists of all allowed unsecured claims specified in Section 507(a)(4) or 507(a)(5) of the Code as having priority. Class 1 did not vote on the Plan and is deemed to have accepted the Plan. *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988).

2. Class 2 consists of the Allowed Secured Claim held by Toyota Industries Commercial Finance, Inc. (Warehouse Racks). Class 2 is unimpaired and is deemed to have accepted the Plan. In re Ruti Sweetwater, 836 F.2d 1263 (10th Cir. 1988).

3. Class 3 consists of the Allowed Secured Claim held by Toyota Industries Commercial Finance, Inc. (Forklift). Class 3 did not vote on the Plan and is deemed to have accepted the Plan. *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988).

4. Class 4 consists of the Allowed Secured Claim held by U.S. Small Business Administration. Class 4 is unimpaired and is deemed to have accepted the Plan. *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988).

5. Class 5 consists of the Allowed Secured Claim held by Leaf Capital Funding, LLC. Class 5 did not vote on the Plan and is deemed to have accepted the Plan. *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988).

6. Class 6 consists of the Allowed Secured Claim held by Associated Wholesale Grocers. Class 6 did not vote on the Plan and is deemed to have accepted the Plan. *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988).

7. Class 7 consists of the Allowed Claims held by unsecured creditors. Class 7 has voted to accept the Plan. See Exhibit A, attached hereto.

8. Class 8 consists of the Interests held by pre-petition interests in the Debtor. Class 8 claimants are unimpaired and is deemed to have accepted the Plan. 11 U.S.C. §1126(g).

DATED: September 27, 2024.

Respectfully submitted,

By: /s/ Jenny M.F. Fujii

Jenny M.F. Fujii, #30091
KUTNER BRINEN DICKEY RILEY, P.C.
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: jmf@kutnerlaw.com

# CERTIFICATE OF SERVICE

I certify that on September 27, 2024, I served a complete copy of the foregoing **SUMMARY OF VOTING RESULTS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Benjamin A. Sales, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Mark D. Dennis
SL Biggs, a Division of
SingerLewak, LLP
2000 South Colorado Blvd.
Tower 2, Suite 200
Denver, CO 80222

Deanna Lee Westfall, Esq.
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Patrick R. Akers, Esq.
Fennemore Craig, P.C.
3615 Delgany Street
Suite 1100
Denver, CO 80216

Scott D. Fink, Esq.
Welman Weinberg and Reis Co. LPA
965 Keynote Circle
Brooklyn Heights, OH 44131

David Raygaza
Spicy Candy Bar, LLC
5627 North 14th Drive
Phoenix, AZ 85013

David Warner, Esq.
2580 West Main Street
Suite 200
Littleton, CO 80120

**/s/Vicky Martina**
**Vicky Martina**