**Creager Mercantile Co.**

**Exhibit A to Summary of Voting Results:**

Class 7: general unsecured creditors

| | |
|---|---|
| Edward Dale Parrish, P.C.: | Accepts |
| American Express: | Accepts |
| Spicy Candy Bar | Accepts |

100% acceptance of Plan