**Creager Mercantile Co.**

Exhibit A

**List of Class 7 General Unsecured Creditors**

**The Claim amounts listed below were obtained from the Debtor's Bankruptcy Schedules or from proofs of claim filed by creditors, and the Debtor does not waive any rights to object to any of these claim amounts.**

| Creditor | Claim | Proof of claim No. | Notes |
|---|---|---|---|
| | | | |
| 4900 Acoma LLC | $ 88,231.32 | 24-1 | |
| 7 Daze LLC | $ 35,325.00 | | |
| A&A Global \|Kokos Confectionery | $ 8,946.60 | 18-1 | |
| AIM Transportation Solutions | $ 8,382.04 | | |
| American Express National Bank | $ 21,693.38 | 10-1 | |
| BBK Tobacco and Foods LLP | $ 10,220.24 | | |
| Central Bag and Burlap Co | $ 1,963.19 | 1-1 | |
| Charms Division/Tri Sales Co. | $ 5,675.16 | | |
| JPMORGAN CHASE BANK N A | $ 14,782.20 | | |
| Cheyenne International, LLC | $ - | | |
| Cintas Corp. | $ 608.88 | | |
| Classic Bev | $ 2,519.80 | | |
| Colorado Department Of Revenue | $ 84,068.00 | 5-1 | |
| Concept Crafts | $ 8,481.35 | | |
| Creager Acoma | $ 1,173,933.43 | | |
| Crosscountry Freight Solutions | $ 546.61 | | |
| Delta Dental | $ 319.92 | | |
| Don Chelada | $ 6,126.80 | | |
| Donate Water | $ 492.00 | | |
| DOT Foods | $ 127,881.46 | 25-1 | |
| Edward Dale Parrish, Esq. | $ 1,960.00 | | |
| Egle Rock Distributing Co. | $ 20,585.10 | | |
| Euler Hermes agent for Kidsmania, Inc. | $ 13,744.37 | 9-1 | |
| Evans Food Group Ltd. | $ 7,661.00 | | |
| Foreign Candy Company, Inc. | $ 8,300.72 | | |
| Frito Lay, Inc. | $ 55,935.32 | | |
| Rolling Frito Lay Sales LP | $ 740.08 | 16-1 | Does not include priority claim amount: $40,430.06 |
| GIA Distribution | $ 15,467.50 | | |
| Green Plant | $ 25,601.80 | | |
| Guss Goodies | $ 1,600.80 | | |
| Hampton Farms/Severn Peanut | $ 8,842.89 | 27-1 | |
| Hershey | $ 12,737.76 | | |
| Juul Labs, Inc. | $ 19,771.20 | | |
| King Henry | $ 4,587.84 | | |
| Leaf Capital | $ 50,408.24 | 17-1 | Unsecured portion of claim. |
| Legacy Distributing Group, LLC | $ 2,900.00 | | |

updated 8/14/2024

**Creager Mercantile Co.**

Exhibit A

**List of Class 7 General Unsecured Creditors**

**The Claim amounts listed below were obtained from the Debtor's Bankruptcy Schedules or from proofs of claim filed by creditors, and the Debtor does not waive any rights to object to any of these claim amounts.**

| **Creditor** | **Claim** | **Proof of claim No.** | **Notes** |
|---|---|---|---|
| | | | |
| Lil Drugstore | $ 1,417.04 | | |
| Loomis | $ 872.94 | | |
| Maxwell Distributors | $ 132,836.00 | | |
| Navajo Manufacturing Co. | $ 2,516.04 | | |
| Network 40 LLC | $ - | | |
| Neway Packaging Corp. | $ - | | |
| Nexustek, Inc. | $ 2,184.74 | | |
| Office Depot | $ 448.10 | | |
| Pepsi Cola Company | $ 82,455.54 | | |
| Phillip 66 Conoco 76 | $ 950.75 | 23-1 | |
| Platinum Creations | $ - | | |
| Promac, Inc d/b/a Mumm Products | $ 10,872.16 | 8-1 | |
| Ready Refresh | $ 3,399.80 | | |
| Red Bull Distribution Company | $ 48,790.32 | 12-1 | |
| Sams Club Cigarettes | $ 13,157.24 | | May be a duplicate of AMEX |
| Seneca Direct | $ 27,971.50 | | |
| Sesh Products | $ 3,294.00 | | |
| Seven Up/RC Bottling Company | $ 90,065.29 | | |
| Southern Glazer's Wine and Spirits of CO | $ 1,527.92 | 14-1 | |
| Spicy Candy Bar, LLC | $ 11,197.44 | 19-1 | |
| Starion | $ 1,200.00 | | |
| Sweet Cloud LLC | $ 1,020.00 | | |
| Swire Coca Cola, USA | $ 107,031.10 | | |
| Twang, Inc. | $ 11,816.00 | | |
| UPS | $ 1,542.37 | | |
| Uline | $ 914.41 | 4-1 | Claimed as priority |
| United Healthcare | $ 3,756.76 | | |
| Valentina Distributors | $ 10,702.65 | | |
| Waste Management | $ 618.46 | | |
| Wicho's Distributors | $ 5,707.75 | | |
| | | | |
| | | | |
| **Total** | **$ 2,429,308.32** | | |
| | | | |

updated 8/14/2024