EXHIBIT B

# CREAGER MERCANTILE

## INCOME STATEMENT

### 5 YEAR BUDGET WORKSHEET

| (Assuming confirmation on or around 12/31/2024) | 2025 | 2026 | 2027 | 2028 | 2029 | Totals |
|---|---|---|---|---|---|---|
| | | | | | | |
| BEGINNING CASH BALANCE | **$150,000** | **$150,442** | **$160,501** | **$162,278** | **$168,191** | |
| | | | | | | |
| REVENUE | | | | | | |
| GROSS SALES | $22,000,000 | $22,660,000 | $23,339,800 | $24,039,994 | $24,761,194 | **$116,800,988** |
| MERCHANDISE REBATES | $230,000 | $230,000 | $230,000 | $230,000 | $230,000 | **$1,150,000** |
| TOTAL GROSS REVENUE | $22,230,000 | $22,890,000 | $23,569,800 | $24,269,994 | $24,991,194 | **$117,950,988** |
| | | | | | | |
| COST OF GOODS SOLD | | | | | | |
| COST OF GOODS SOLD (INCL. EXCISE TAX) | $19,400,000 | $19,982,000 | $20,581,460 | $21,198,904 | $21,834,871 | **$102,997,235** |
| INVENTORY ADJUSTMENTS | $7,000 | $12,000 | $15,000 | $15,450 | $15,914 | **$65,364** |
| PURCHASE DISCOUNTS-GEN MERCH | $350,000 | $360,500 | $371,315 | $382,454 | $393,928 | **$1,858,198** |
| TOTAL COST OF GOODS | $19,057,000 | $19,633,500 | $20,225,145 | $20,831,899 | $21,456,856 | **$101,204,401** |
| GROSS PROFIT 14% | $3,173,000 | $3,256,500 | $3,344,655 | $3,438,095 | $3,534,337 | **$16,746,587** |
| | 14.27% | 14.23% | 14.19% | 14.17% | 14.14% | |
| GENERAL AND ADMINISTRATIVE | | | | | | |
| SALARIES-OFFICERS | $71,775 | $73,928 | $76,146 | $78,430 | $80,783 | **$381,063** |
| SALARIES-WAREHOUSE | $760,500 | $783,315 | $806,814 | $831,019 | $855,949 | **$4,037,598** |
| ADVERTISING & PROMOTION | $26,250 | $27,038 | $27,849 | $28,684 | $29,545 | **$139,365** |
| BANK CHARGES | $3,500 | $3,605 | $3,713 | $3,825 | $3,939 | **$18,582** |
| VISA/MC FEES | $240,000 | $247,200 | $254,616 | $262,254 | $270,122 | **$1,274,193** |
| COMPUTER EXPENSE/LICENSES | $69,000 | $71,070 | $73,202 | $75,398 | $77,660 | **$366,330** |
| DUES/SUBSCRIPTIONS/ LICENSES | $8,000 | $8,240 | $8,487 | $8,742 | $9,004 | **$42,473** |
| ENTERTAINMENT & MEALS | $10,000 | $10,300 | $10,609 | $10,927 | $11,255 | **$53,091** |
| EQUIPTMENT RENTALS - Printers | $9,600 | $9,600 | $9,600 | $9,600 | $9,600 | **$48,000** |
| INSURANCE-BUSINESS | $46,400 | $47,792 | $49,226 | $50,703 | $52,224 | **$246,344** |
| INSURANCE WORKERS COMPENSATION | $24,800 | $25,544 | $26,310 | $27,100 | $27,913 | **$131,667** |
| INTEREST EXPENSE | $12,000 | $12,360 | $12,731 | $13,113 | $13,506 | **$63,710** |
| FREIGHT | $30,000 | $30,900 | $31,827 | $32,782 | $33,765 | **$159,274** |
| RENT-BUILDING | $516,492 | $531,987 | $547,946 | $564,385 | $581,316 | **$2,742,126** |
| RENT-BUILDING CURE OF ARREARAGE | $66,333 | $66,333 | $66,333 | $0 | $0 | **$198,999** |
| REPAIRS/MAINTENANCE | $10,000 | $10,300 | $10,609 | $10,927 | $11,255 | **$53,091** |
| OFFICE SUPPLIES | $5,000 | $5,150 | $5,305 | $5,464 | $5,628 | **$26,546** |
| SECURITY | $360 | $371 | $382 | $393 | $405 | **$1,911** |
| INSURANCE/EMPLOYEES | $44,900 | $46,247 | $47,634 | $49,063 | $50,535 | **$238,380** |
| PROFIT SHARING 401K | $15,900 | $16,377 | $16,868 | $17,374 | $17,896 | **$84,415** |
| PAYROLL TAXES | $72,500 | $74,675 | $76,915 | $79,223 | $81,599 | **$384,912** |
| PROPERTY TAXES/COMMON AREA MAINT. | $293,628 | $302,437 | $311,510 | $320,855 | $330,481 | **$1,558,911** |
| ACCOUNTING EXPENSES | $5,000 | $5,150 | $5,305 | $5,464 | $5,628 | **$26,546** |

EXHIBIT B

# CREAGER MERCANTILE

## INCOME STATEMENT

### 5 YEAR BUDGET WORKSHEET

| (Assuming confirmation on or around 12/31/2024) | 2025 | 2026 | 2027 | 2028 | 2029 | Totals |
|---|---|---|---|---|---|---|
| SALES & USE TAX | $24,000 | $24,720 | $25,462 | $26,225 | $27,012 | **127419.2594** |
| WAREHOUSE SUPPLIES | $34,500 | $35,535 | $36,601 | $37,699 | $38,830 | **$183,165** |
| OUTSIDE SERVICE | $5,000 | $5,150 | $5,305 | $5,464 | $5,628 | **$26,546** |
| POSTAGE | $1,500 | $1,545 | $1,591 | $1,639 | $1,688 | **$7,964** |
| LEGAL & PROFESSIONAL FEES | $25,000 | $25,750 | $26,523 | $27,318 | $28,138 | **$132,728** |
| TELEPHONE | $35,496 | $36,561 | $37,658 | $38,787 | $39,951 | **$188,453** |
| TRAVEL/CONVENTIONS | $15,000 | $15,450 | $15,914 | $16,391 | $16,883 | **$79,637** |
| UTILITIES-ELECTRIC | $14,000 | $14,420 | $14,853 | $15,298 | $15,757 | **$74,328** |
| UTILITIES-GAS | $3,200 | $3,296 | $3,395 | $3,497 | $3,602 | **$16,989** |
| VEHICLE EXPENSE (fuel. Maintenance) | $58,000 | $59,740 | $61,532 | $63,378 | $65,280 | **$307,930** |
| VEHICLE LEASE (Aim, Tesla, Chrysler) | $32,860 | $24,400 | $25,132 | $25,886 | $26,663 | **$134,940** |
| UNANTICIPATED EXPENSES | $75,000 | $77,250 | $79,568 | $81,955 | $84,413 | **$398,185** |
| TOTAL GENERAL & ADMINISTR | $2,665,494 | $2,733,735 | $2,813,469 | $2,829,262 | $2,913,852 | **$13,955,812** |
| | | | | | | |
| OPERATING INCOME (LOSS) | $507,506 | $522,765 | $531,186 | $608,832 | $620,485 | |
| | | | | | | |
| OTHER INCOME (EXPENSE) | | | | | | |
| MAXWELLL RENT INCOME | $240,000 | $240,000 | $240,000 | $240,000 | $240,000 | **$1,200,000** |
| OTHER INCOME | | | | | | |
| TOTAL OTHER INCOME (EXPENSE) | $240,000 | $240,000 | $240,000 | $240,000 | $240,000 | **$1,200,000** |
| | | | | | | |
| NET INCOME (LOSS) | $747,506 | $762,765 | $771,186 | $848,832 | $860,485 | |
| | | | | | | |
| PLAN PAYMENTS | | | | | | |
| CO Department of Revenue priority claim | $627,272 | $627,272 | $627,272 | $627,272 | $261,365 | **$2,770,453** |
| IRS priority claim | $0 | $0 | $0 | $0 | $0 | **$0** |
| Red Bull priority claim | $4,104 | $4,104 | $4,104 | $4,104 | $4,104 | **$20,520** |
| City and County of Denver priority claim | $1,002 | $0 | $0 | $0 | $0 | **$1,002** |
| Frito Lay priority claim | $8,935 | $8,935 | $8,935 | $8,935 | $8,935 | **$44,675** |
| Pepsico priority claim | $13,833 | $13,833 | $13,833 | $13,833 | $13,833 | **$69,165** |
| Class 2: Toyota (Racks) | $77,033 | $77,033 | $77,033 | $77,033 | $0 | **$308,132** |
| Class 3: Toyota (Forklift) | $5,890 | $5,890 | $5,890 | $5,890 | $0 | **$23,562** |
| Class 4: U.S. Small Busniess Administration | $8,772 | $8,772 | $8,772 | $8,772 | $8,772 | **$43,860** |
| Clsss 6: Associated Wholesle Grocers | $0 | $0 | $0 | $0 | $0 | **$0** |
| Class 7: General Unsecured creditors | $222 | $6,867 | $23,570 | $97,080 | $549,806 | **$677,545** |
| | | | | | | |
| Total Plan Payments | $747,064 | $752,706 | $769,409 | $842,919 | $846,815 | |
| NET INCOME AFTER PLAN PAYMENTS | $442 | $10,059 | $1,777 | $5,913 | $13,670 | **$31,861** |
| ENDING CASH BALANCE | **$150,442** | **$160,501** | **$162,278** | **$168,191** | **$181,861** | |