Babcock Solutions, LLC

Exhibit C

| | | | | | |
|---|---|---|---|---|---|
| **LIQUIDATION ANALYSIS** | | | | | |
| **CREAGER MERCANTLE, INC.** | | | | | |
| | | | | | |
| **General Assets** | **Book value** | **Liquidation Value** | **Cost of Sale/Collection** | **Liens** | **Total** |
| Bank Accounts (as of July 31, 2024) | $ 100,000.00 | $ 100,000.00 | $ - | $ - | $ 100,000.00 |
| Accounts receivable | $ 96,335.45 | $ 48,167.73 | $ 9,633.55 | $ - | $ 38,534.18 |
| Associated Wholesale Grocers stock | $ 33,934.00 | $ - | $ 3,393.40 | $ - | $ (3,393.40) |
| Inventory | $ 1,302,260.00 | $ 911,582.00 | $ 130,226.00 | $ - | $ 781,356.00 |
| Furniture, fixtures, equipment | $ 59,600.00 | $ 29,800.00 | $ 5,960.00 | $ - | $ 23,840.00 |
| 2009 Isuzu truck | $ 5,000.00 | $ 5,000.00 | $ 500.00 | $ - | $ 4,500.00 |
| Warehouse racks | $ 280,000.00 | $ 280,000.00 | $ 28,000.00 | $ 270,163.31 | $ - |
| Forklift | $ 21,000.00 | $ 21,000.00 | $ 2,100.00 | $ 20,289.00 | $ - |
| Floor cleaner | $ 9,100.00 | $ 4,550.00 | $ 910.00 | $ - | $ 3,640.00 |
| Customer lists | unknown | unknown | unknown | $ - | unknown |
| LIT Brands note receivable | $ 59,290.00 | $ 44,467.50 | $ 5,929.00 | $ - | $ 38,538.50 |
| Claims in anti-trust litigation | unknown | unknown | unknown | $ - | unknown |
| **Total** | $ 1,966,519.45 | $ 1,444,567.23 | | | $ 987,015.28 |
| | | | | | |
| **Less liens held by SBA on all assets** | | | | $ 146,882.94 | |
| **Net assets** | | | | $ 840,132.34 | |
| | | | | | |
| Funds for Distribution to the Estate | $ 840,132.34 | | | | |
| Chapter 7 Trustee Compensation | ($72,959.00) | | | | |
| Chapter 7 Professional Fees | ($5,000.00) | | | | |
| Payments to Priority Tax Claims | ($1,831,328.00) | | | | |
| Payments to Priority Chapter 11 Claims | ($20,000.00) | | | | |
| | | | | | |
| **Amount to Distribute to Unsecured Creditors** | **$0.00** | | | | |