## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

Creager Mercantile Co.,

Debtor.

Bankruptcy Case No. 24-12652 KHT

Chapter 11

### ORDER AND NOTICE TO FILE FINAL REPORT AND MOTION FOR FINAL DECREE

TO THE DEBTORS AND THEIR ATTORNEY:

On October 1, 2024, the Court entered an order confirming the chapter 11 plan in the above entitled action.  As a result, certain actions are required of the debtor in order to facilitate full administration and closing of the case.

NOTICE IS HEREBY GIVEN that

1.  Upon substantial consummation of the debtor's plan, the debtor shall file a notice with the Court, after which the Subchapter V Trustee may file their final report with the Court.

2.  Upon completion of all required actions under the plan, the debtor shall file a final report and motion for final decree in substantial conformity with L.B.F. 3022-1.1 or L.B.F. 3022-1.3, together with a proposed order in substantial conformity with L.B.F. 3022-1.3 or L.B.F. 3022-1.4, and serve it on the United States Trustee and parties requesting notice.

DATED this 18th day of October, 2024.

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge